# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

9/15/11

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

#8370
#3.95
9/15/11
njc

    Re:    FARRIER, MARGARET T.    /Case # 04-25525
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $3.95. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant  Palisades Acquisition IX, LLC   Amount $ _____3.95_ Claim Register # __4__

                                 DOUGLAS J. LUSTIG
                                 Trustee

FILED 11 SEP 15 PM 2:10 U.S. BANKRUPTCY COURT WDNY-ROCHESTER

1600 Crossroads Building  585 232 3730
Two State Street  FAX 585 232 3882  CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397  www.cdlaw.com